1   THOMAS P. QUINN, JR. (SBN 132268)
    NOKES & QUINN
2   410 Broadway, Suite 200
3   Laguna Beach, CA 92651
    Tel: (949) 376-3500
4   Fax:  (949) 376-3070
    Email:  tquinn@nokesquinn.com
5
6   Attorney for Defendant EQUIFAX, INC.

7

8                   **UNITED STATES DISTRICT COURT**

9          **EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

10

11                                          )  Case No.:  **2:18-cv-01103-KJM-DB**
    BRAD MULLER,                            )
12                                          )
                                            )
13              Plaintiff,                  )  **ORDER ON STIPULATION TO EXTEND**
                                            )  **TIME TO RESPOND TO COMPLAINT**
14       vs.                                )
                                            )  Current Response date:  May 25, 2018
15   EQUIFAX INC., et al.,                  )  New Response Date:  June 25, 2018
                                            )
16                                          )
                Defendants.                 )
17                                          )
                                            )
18

19

20       Having considered the Stipulation to Extend Time for Defendant EQUIFAX INC.

21   ("Equifax"), to respond to the Initial Complaint, and good cause appearing therefor, IT IS

22   HEREBY ORDERED that Equifax shall have up to and including June 25, 2018, to answer or

23   otherwise respond to Plaintiff's Complaint.

24   Dated: May 31, 2018

25

26                                          _____
                                            UNITED STATES DISTRICT JUDGE
27

28